AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 13-12198
Hon. Paul D. Borman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: STACEY CISCO

Date of Service: 9-27-13 10:36 AM

**Method of Service**

☒ Personally served at this address: POE 130 W. 14 mile Birmingham MI 48009

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $66.00

# Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Jason Schmaus - Court Officer
Signature of Server: Jason Schmaus
Date: 9-27-13
Server's Address: 42-2